```
                                            FILED  X      LODGED
                                         ___ RECEIVED ___ COPY

                                              AUG 2 3 2019

                                         CLERK U S DISTRICT COURT
                                           DISTRICT OF ARIZONA
                                         BY   SMH        DEPUTY
```

1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona
   GARY M. RESTAINO
3  Arizona State Bar No. 017450
   Assistant U.S. Attorney
4  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
5  Telephone: 602-514-7500
   Email: Gary.Restaino@usdoj.gov
6  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-19-1013-PHX-GMS |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 661 |
| TN: Mitchell Brent Sharp<br>Mitchell Sharp, | (Theft Within Indian Country)<br>Count 1 |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT ONE**

Between February 2015 and August 2015, in the District of Arizona and within the confines of the Colorado River Indian Reservation, Indian Country, MITCHELL SHARP, an Indian and a union organizer, knowingly took and carried away the personal property of another, with the intent to steal and purloin, when he used a credit card issued to him by the Laborers International Union of North America to charge personal expenses in excess of $1,000 at the Blue Water Casino Bar.

All in violation of 18 U.S.C. §§ 1153 and 661.

Dated this 17th day of July, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

Gary M. Restaino
Assistant U.S. Attorney